**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose RIVERA–MARTINEZ,**
**Defendant—Appellant.**

No. 01–10091.

D.C. No. CR–97–00311–SMM.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 14, 2001.

Before KLEINFELD, McKEOWN and FISHER, Circuit Judges.

MEMORANDUM **

Jose Rivera–Martinez appeals from the district court's revocation of his supervised release, and its imposition of a consecutive rather than concurrent sentence. Rivera–Martinez's underlying conviction by guilty plea is for reentry after deportation, in violation of 8 U.S.C. § 1326. Rivera–Martinez's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and has moved to withdraw on the ground that there are no viable issues on appeal.

The district court did not err in imposing a consecutive, rather than a concurrent, sentence. *United States v. Steffen*,

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

251 F.3d 1273, 1277–79 (9th Cir.2001). Because our independent review of the record discloses no further arguable issues, counsel's motion to withdraw is GRANTED and the judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.